# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  v.                                          Case No.    05-C-182
                                                          (92-CR-178)

**REGINALD ALLISON,**

      **Movant.**

## DECISION AND ORDER

On February 16, 2005, Reginald Allison ("Allison") filed his motion pursuant to 28 U.S.C. § 2255. On July 7, 2005, the Court dismissed certain grounds for relief, but required the government to answer the remaining claims. Over the next several months, the Court granted the United States multiple extensions of time for filing an answer. On February 13, 2006, Allison filed a motion for summary judgment. An amended motion followed on February 16, 2006. Allison's motions argued that the government's seemingly dilatory behavior was unconscionable and its failure to timely answer was an affront to the authority of the Court and a violation of its rules. Allison found the government's proffered justifications for its repeated delays to be incredible and asked the Court for summary judgment. The Court denied this request, in an order dated February 22, 2006. The Court

explained that the United States had properly received extensions from the Court for filing its otherwise tardy response.

On March 8, 2006, the Court received Allison's motion for reconsideration of the denial of his motion for summary judgment. In that motion, Allison reiterates the same points that failed to convince the Court previously. Having reviewed this most recent motion, the Court finds that Allison has not provided any factual or legal basis for upsetting the Court's prior order denying his motion for summary judgment.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**:

Allison's Motion for Reconsideration (Docket No. 25) is **DENIED**.

Dated at Milwaukee, Wisconsin this 10th day of March, 2006.

**BY THE COURT**


s/ Rudolph T. Randa
**Hon. Rudolph T. Randa**
**Chief Judge**